# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MODERN TELECOM SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARRIS GROUP, INC.,<br><br>Defendant. | C.A. No. 1:18-cv-00471-LPS-CJB<br>(Lead Case) |
| v.<br><br>RUCKUS WIRELESS, INC.,<br><br>Defendant. | C.A. No. 1:18-cv-01302-LPS-CJB |

## STIPULATION AND DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Modern Telecom Systems LLC and Defendants ARRIS Group, Inc. and Ruckus Wireless, Inc. (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of Plaintiff's claims and Defendants' counterclaims, if any, in the above-captioned actions are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).

*(Signatures on next page)*

1

Dated: January 14, 2020

| | |
|---|---|
| DEVLIN LAW FIRM LLC | DUANE MORRIS LLP |
| */s/ James M. Lennon* | */s/ Richard L. Renck* |
| James M. Lennon (No. 4570) | Richard L. Renck (No. 3893) |
| 1526 Gilpin Avenue | 222 Delaware Avenue |
| Wilmington, DE 19806 | Suite 1600 |
| Tel: (302) 449-9010 | Wilmington, DE 19801-1659 |
| jlennon@devlinlawfirm.com | Tel: 302) 657-4906 |
| | rlrenck@duanemorris.com |
| *Attorneys for Plaintiff* | |
| *Modern Telecom Systems, LLC* | *Attorneys for Defendants ARRIS Group, Inc.* |
| | *and Ruckus Wireless, Inc.* |

        IT IS SO ORDERED this _____ day of _____, 2020.

                                                          _____
                                                          United States District Court Judge